**In re: MONTEVIDEO PARTNERSHIP,**
**Debtor.**

**Christopher R. Wojciechowski,**
**Petitioner–Appellant,**

v.

**Montevideo Partnership; et al.,**
**Respondents–Appellees.**

No. 00–56556.
BAP No. CC–00–3002.

United States Court of Appeals,
Ninth Circuit.

Submitted June 11, 2001.*

Decided June 25, 2001.

Before O'SCANNLAIN, SILVERMAN, and GOULD, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, we deny Wojciechowski's request for oral argument.

MEMORANDUM **

 Christopher R. Wojciechowski appeals pro se the Bankruptcy Appellate Panel's ("BAP") order denying Wojciechowski's petition for writ of mandamus from the bankruptcy court's order designating him as a vexatious litigant. We have jurisdiction pursuant to 28 U.S.C. 158(d) to review the BAP's order denying the petition for writ of mandamus, *see Teleport Oil Co. v. Sec. Pac. Nat'l Bank (In re Teleport Oil Co.)*, 759 F.2d 1376, 1378 (9th Cir.1985) (order), but we lack jurisdiction to review the underlying bankruptcy order, *see Delaney v. Alexander (In re Delaney)*, 29 F.3d 516, 517–18 (9th Cir. 1994) (per curiam). We review de novo, *In re Delaney*, 29 F.3d at 517–18, and we affirm.

 Wojciechowski did not file a notice of appeal within ten days from the orders designating him as a vexatious litigant or denying his motion to amend. *See* Bankr.R. 8002(a); *In re Delaney*, 29 F.3d at 518. Accordingly, the bankruptcy court's orders became final and Wojciechowski may not use a writ of mandamus as a substitute for an untimely notice of appeal. *See Demos v. United States Dist. Court for the E. Dist. of Wash.*, 925 F.2d 1160, 1161 & n. 3 (9th Cir.1991) (order); *cf. In re Teleport Oil Co.*, 759 F.2d at 1378 (holding that mandamus jurisdiction is available to review a district court's denial of a stay where bankruptcy appellant is threatened with irreparable harm and there are no other means, including the eventual appeal, to protect appellant from harm). Under these circumstances, the BAP properly denied the petition for writ of mandamus.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

We grant Montevideo Partnership's request for judicial notice.

AFFIRMED.